# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>　　　　　Defendants. | No. CV-13-00151-TUC-RCC<br><br>**ORDER** |

On December 8, 2016, the Court granted a stay in this case pending possible settlement negotiations between the parties. (Doc. 65.)

On April 4, 2017, the parties filed a Third Status Report indicating that settlement was no longer feasible, and that they would like the Court to resolve the parties' pending cross–motions for summary judgment. (Doc. 68.) On September 11, 2017, the Court ordered the parties to file an additional Joint Status Report indicating whether any claims in the cross-motions were now moot. (Doc. 69.) The parties filed the Joint Report indicating several issues had become moot. (Doc. 70.) However, the stay was never lifted in this matter.

The Court will lift the stay on this case but finds that an additional Joint Status Report is appropriate.

///

///

///

1  Accordingly, IT IS ORDERED the stay in this case is lifted. The Clerk of Court
2  shall docket accordingly. IT IS FURTHER ORDERED the parties shall have until on or
3  before April 19, 2019 to file a Joint Report updating the Court on the status of the pending
4  issues in this case, including an updated status on mootness of claims.
5  Dated this 4th day of April, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge