# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians,<br><br>    Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>    Defendants. | No. CV-13-00151-TUC-RCC<br><br>**ORDER** |

    To accommodate Defendants' request for an expedited decision, IT IS ORDERED Defendants' reply to the Motion for Clarification shall be filed no later than 3:00 p.m. Mountain Standard Time on Monday, September 23, 2019.

    Dated this 20th day of September, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge