JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
RICKEY D. TURNER, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1373
rickey.turner@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| WILDEARTH GUARDIANS, | CASE NO. 4:13-cv-151-RCC |
| Plaintiff, | |
| v. | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO MODIFY INJUNCTION** |
| UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE, | **[EXPEDITED REVIEW REQUESTED]** |
| Defendants. | |

Defendants do not oppose Plaintiff's motion to modify the Court's injunction, *see* ECF No. 99, and appreciate Plaintiff's cooperation on this important issue. In support of Plaintiff's motion, Defendants state the following:

1. Defendants agree with Plaintiff and respectfully submit that the order enjoining timber management activities in Region 3 should not apply to the cutting and collection of fuelwood.

2. Based on the number of permits issued, many individuals in Arizona and New Mexico possess fuelwood collection permits and depend on this resource to cook and to heat their homes.

3. Defendants reserve the right to seek further relief under Fed. R. Civ. P. 59(e) and 60(a) and as the Forest Service continues reviewing the potential implications of the Court's order on specific management actions.

Dated: September 26, 2019

Respectfully Submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
Senior Trial Attorney
U.S. Department of Justice
Envnt. & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE,<br><br>Defendants. | CASE NO. 4:13-cv-151-RCC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on September 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                              */s/ Rickey D. Turner, Jr.*
                                                              RICKEY D. TURNER, JR.