Steven Sugarman
New Mexico Bar No. 5717
appearing *pro hac vice*
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

Attorney for WildEarth Guardians

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES FISH AND WILDLIFE ) <br> SERVICE and UNITED STATES FOREST ) <br> SERVICE, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 13-151-RCC <br><br> **REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S EX PARTE MOTION TO MODIFY INJUNCTION** <br><br> [Expedited consideration requested] |

    Plaintiff WildEarth Guardians files this reply memorandum for the sole purpose of replying to Federal Defendants' suggestion that they will continue "to seek further relief [from the Court's September 12, 2019 Order] under Fed. R. Civ. P. 59(e) and 60(a)" as to unspecified "specific management actions."  Federal Defendants' Response to Motion to Modify Injunction [ECF Doc. No. 100] at 2.

    WildEarth Guardians respectfully submits that it is contrary to the interests of

judicial economy and efficiency for the Federal Defendants to litigate – or to force the litigation of – their concerns with the Court's September 12, 2019 Order in a *seriatim* fashion when there is the possibility that the parties might reach a negotiated resolution of those concerns. Furthermore, and will all due respect to the Court, the *seriatim* litigation of the Federal Defendants' various concerns under the circumstances present here will not necessarily lead to the optimal result for the parties and the species.

For the foregoing reasons, besides requesting that the Court modify its September 12, 2019 Order in the manner specified in its motion, WildEarth Guardians further proposes that the Court order the parties to appear before a mediator designated by the Court in order to attempt to reach a definitive agreement on an appropriate scope of the Court's September 12, 2019 injunction that addresses all the parties' concerns and that promotes the purposes and objectives of the Endangered Species Act insofar as the Mexican spotted owl is concerned.

Dated: September 26, 2019.

Respectfully submitted,

*/s/   Steven Sugarman*
Steven Sugarman
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Reply to Motion to Modify Injunction was served on counsel of record on September 26, 2019 through the Court's electronic CM-ECF system.

                              */s/ Steven Sugarman*
                              Steven Sugarman