# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians,<br><br>        Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>        Defendants. | No. CV-13-00151-TUC-RCC<br><br>**ORDER** |

Pending before the Court is Plaintiff's unopposed Ex Parte Motion to Modify Injunction. (Doc. 99.) The Court notes that Plaintiff's reply asks the Court to order the parties to enter into mediation to define the parameters of the injunction. (Doc. 101.) Given Defendants' assertion that they may also wish to seek further relief under the injunction (Doc. 100), the Court finds it appropriate for Defendants to state their position on mediation.

Accordingly, IT IS ORDERED Plaintiff's Ex Parte Motion to Modify Injunction is GRANTED. (Doc. 99.) The Court's September 12, 2019 Order is amended to state that "timber management actions **other than personal firewood cutting and gathering in Region 3 national forests** must cease pending formal consultation."

///
///
///
///

IT IS FURTHER ORDERED within seven days of the date of this Order, Defendants shall file a written response stating their position regarding mediation to further define the scope of the Court's injunction.

Dated this 30th day of September, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge