JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
RICKEY D. TURNER, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1373
rickey.turner@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| WILDEARTH GUARDIANS, | CASE NO. 4:13-cv-151-RCC |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE RE MEDIATION** |
| UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE, | |
| Defendants. | |

In response to the Court's October 1, 2019 Order, *see* ECF No. 102, Defendants provide their position on court-ordered mediation. Defendants will soon file a final motion under Fed. R. Civ. P. 59(e) and would like the Court to first decide the motion. For this reason, among others, Defendants do not believe that court-ordered mediation is necessary or would be helpful at this time.

Dated: October 8, 2019

Respectfully Submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
Senior Trial Attorney
U.S. Department of Justice
Envnt. & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE,<br><br>Defendants. | CASE NO. 4:13-cv-151-RCC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.

CoS                                                                                      CASE NO. 4:13-cv-151-RCC