Steven Sugarman
New Mexico Bar No. 5717
appearing *pro hac vice*
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

Attorney for WildEarth Guardians

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | No. 13-151-RCC |
| Plaintiff, | |
| vs. | **PLAINTIFF'S OPPOSITION TO THE MOTION OF NEW MEXICO FOREST INDUSTRY ASSOC. TO APPEAR AS AMICUS** |
| UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE, | |
| Defendants. | |

1    Plaintiff WildEarth Guardians ("Guardians") hereby submits this memorandum in

2 opposition to the motion of the New Mexico Forest Industry Association ("NMFIA") to

3 appear as *amicus* in this case, and to file an *amicus* brief on the eve of this Court's

4 hearing on the Federal Defendants' Rule 59 motion.

5    Guardians opposes NMFIA's motion for the following reasons:

6    1.    This case has been pending since 2013, and NMFIA has not sought to

7 participate in the litigation of this matter until this time.

8    2.    Even accounting for NMFIA's representation – if true – that it did not learn

9 of this litigation until after the Court's September 12, 2019 decision, NMFIA's motion is

10 still untimely.  On October 4, 2019, NMFIA's President wrote a notarized letter that the

11 Federal Defendants have attached to the Malcolm Declaration in support of their Rule 59

12 motion.  ECF Doc. No. 104-2 at 72-73.  Since October 4, 2019 – and presumably earlier –

13 NMFIA has been working with the U.S. Forest Service to achieve this Court's reversal of

14 its September 12, 2019 decision and/or to narrow the scope of the injunction.  It was not

15 until the eve of tomorrow morning's hearing on the Rule 59 motion that NMFIA sought

16 to participate in this case, and its failure to seek amicus status at an earlier time is not

17 reasonable.

18    3.    The amicus brief that NMFIA seeks to file would not be helpful to the

19 Court's resolution of the Federal Defendants' Rule 59 motion – and would be merely

20 extraneous – for three reasons.

21    A.    First, the draft brief contains significant argument as to equitable

22 factors that are not relevant to this Court's resolution of the Rule 59 motion.  Besides,

23 these irrelevant issues have already been raised by the Federal Defendants themselves and

24 allowing NMFIA to participate as amicus would simply permit the piling of irrelevancies

25 upon already stated irrelevancies.

26    B.    Apart from the equitable issues, NMFIA desires to raise merits

27 arguments that the Federal Defendants have already made.  There is simply no reason to

28 permit NMFIA to file a brief that parrots arguments that are already before the Court.

1         C.     To the extent that the proposed amicus brief raises new arguments

2  not already raised by the Federal Defendants – which Guardians submits is not the case –

3  those arguments have yet to be adopted by the Federal Defendants and, therefore, cannot

4  be considered by this Court. *Russian River Watershed Protection Committee v. City of*

5  *Santa Rosa*, 142 F.3d 1136, 1141 n. 1 (9th Cir. 1998).

6       4.     Permitting NMFIA to file an amicus brief at this late date would be

7  prejudicial to Guardians as it will not have an opportunity to file a memorandum to

8  respond to the arguments in the amicus brief in advance of the hearing on the Federal

9  Defendants' Rule 59 motion.

10       For the foregoing reasons, Guardians respectfully submits that NMFIA's motion

11  should be denied.

12

13  Dated:      November 6, 2019.

14

15                    Respectfully submitted,

16                    */s/  Steven Sugarman*

17                    Steven Sugarman
                  347 County Road 55A
                  Cerrillos, New Mexico 87010

18                    (505) 672-5082
                  stevensugarman@hotmail.com

19

20

21                  **CERTIFICATE OF SERVICE**

22

23       I hereby certify that a true and correct copy of this Plaintiff's Opposition to Motion
to Appear as Amicus was served on counsel of record on November 6, 2019 through the
Court's electronic CM-ECF system.

24

25                    */s/ Steven Sugarman*

26                    Steven Sugarman

27

28