Steven Sugarman
New Mexico Bar No. 5717
appearing *pro hac vice*
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

Attorney for WildEarth Guardians

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 13-151-RCC |
| vs. | ) | |
| | ) | **SECOND** |
| UNITED STATES FISH AND WILDLIFE | **)** | **JOINT STATUS REPORT** |
| SERVICE and UNITED STATES FOREST | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties to this action hereby provide the Court with a Second Joint Status

Report as to their efforts to conclude this lawsuit.

As the undersigned previously reported to the Court in their previous Joint Status

Report, principals of two of the parties to this lawsuit – the Executive Director of Plaintiff

WildEarth Guardians and the Acting Regional Forester of Defendant U.S. Forest Service

with responsibility for Arizona and New Mexico National Forests – are now engaged in direct party-to-party discussions and negotiations relating to the subject matter of this litigation.  These discussions are continuing, and are being supported by individuals from their respective staffs who are engaged in parallel discussions and negotiations.

The parties will provide the Court with an additional status report in 30 days as to the status of their discussions and negotiations.

Dated:   April 23, 2020.


Respectfully submitted,


_____/s/   Steven Sugarman_____
Steven Sugarman
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com


JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief

_/s/ Rickey D. Turner, Jr._____
RICKEY D. TURNER, JR.
Senior Attorney
U.S. Department of Justice
Env't & Natural Resources Division

Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I electronically filed the foregoing

SECOND JOINT STATUS REPORT with the Clerk of the Court via the CM/ECF

system, which will send notification of such to the attorneys of record.

_/s/ Steven Sugarman_

Steven Sugarman