Steven Sugarman
New Mexico Bar No. 5717
appearing *pro hac vice*
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

Attorney for WildEarth Guardians

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE,<br><br>　　Defendants. | No. 13-151-RCC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO VACATE SURREPLY DUE DATE** |

On March 20, 2020, this Court entered an order extending the deadline for WildEarth Guardians' optional surreply brief in opposition to the Federal Defendants' pending motions to dissolve the injunction, ECF Doc. Nos. 112 and 126, until and through April 27, 2020.  ECF Doc. No. 134.  Plaintiff WildEarth Guardians now moves this Court for an Order vacating the surreply due date to facilitate ongoing discussions and negotiations between the parties.  The Federal Defendants do not oppose this motion.

As grounds for the requested extension, the undersigned states as follows:

(1) As the parties informed the Court in their Second Joint Status Report of April 23, 2020, ECF Doc. No. 135, the principals of two of the parties – the Executive Director of Plaintiff WildEarth Guardians and the Acting Regional Forester of Defendant U.S. Forest Service with responsibility for Arizona and New Mexico National Forests – remain engaged in party-to-party discussions and negotiations to conclude this lawsuit.

1  These discussions are continuing, and are being supported by individuals from their
2  respective staffs who are engaged in parallel discussions and negotiations.
3      (2)   Deferring further briefing and litigation in connection with the pending
4  motions to dissolve will facilitate the on-going discussions and negotiations between the
5  parties, which it is hoped will lead to a full and final resolution of the parties' dispute in
6  this matter and to a negotiated conclusion of this litigation.
7      (3)   Deferring further proceedings in connection with the pending motions to
8  dissolve is also in the interests of judicial economy and efficiency, as resolution of the
9  pending motions to dissolve would become moot in the event that the parties' joint efforts
10 at resolving their dispute are successful.
11     For the foregoing reasons, WildEarth Guardians requests that the due date for the
12 surreply brief be vacated.  If the parties are unable to resolve this litigation through their
13 ongoing discussions and negotiations, then the parties will so advise the Court and will
14 ask that a deadline for the optional surreply brief in opposition to the pending motions to
15 dissolve the injunction be reinstated.[1]

Respectfully submitted,

    */s/   Steven Sugarman*
Steven Sugarman
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

---

[1]  Currently, the parties have committed to the Court that they will file a Third Joint Status Report as to the status of their continuing discussions and negotiation by May 22, 2020.  ECF Doc. No. 135.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2020, I electronically filed the foregoing PLAINTIFF'S MOTION TO VACATE SURREPLY DUE DATE with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                                           */s/ Steven Sugarman*
                                                          Steven Sugarman