# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians,<br><br>    Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>    Defendants. | No. CV-13-00151-TUC-RCC<br><br>**ORDER** |

Upon consideration, IT IS ORDERED GRANTING WildEarth Guardians' Unopposed Motion to Vacate Surreply Due Date. (Doc. 136.)

If the parties are unable to resolve this matter pursuant to their continuing discussions and negotiations, then they shall advise the Court and shall request reinstatement of a due date for the optional surreply brief in opposition to the pending motions to dissolve the injunction.

IT IS FURTHER ORDERED the parties shall file a joint status report thirty days from the date of this order and every thirty days thereafter, updating the Court about current negotiations.

Dated this 30th day of April, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge