Steven Sugarman
New Mexico Bar No. 5717
appearing *pro hac vice*
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

Attorney for WildEarth Guardians

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 13-151-RCC |
| vs. | ) | |
| | ) | **FOURTH** |
| UNITED STATES FISH AND WILDLIFE | ) | **JOINT STATUS REPORT** |
| SERVICE and UNITED STATES FOREST | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Court's April 30, 2020 Order, ECF Doc. No. 137, the parties to this action hereby provide the Court with a Fourth Joint Status Report as to their efforts to conclude this lawsuit.

The parties to this case continue their efforts to resolve this case without the need for further litigation.  A mutually acceptable arrangement for the conclusion of this lawsuit is

being negotiated by the parties, and significant progress continues to be made towards that objective.

If the parties have not resolved this lawsuit within the next 30 days, they will provide the Court with an additional status report as to the status of their discussions and negotiations.

Dated:   June 30, 2020.

Respectfully submitted,

      */s/   Steven Sugarman*
Steven Sugarman
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com


JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
Senior Attorney
U.S. Department of Justice
Env't & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I electronically filed the foregoing THIRD JOINT STATUS REPORT with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                                */s/ Steven Sugarman*
                                                                                Steven Sugarman