IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 13-151-RCC |
| vs. | ) |
| | ) **ORDER APPROVING** |
| UNITED STATES FISH AND WILDLIFE | ) **STIPULATION MODIFYING** |
| SERVICE and UNITED STATES FOREST | ) **INJUNCTION** |
| SERVICE, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Being fully advised in the premises, the Court hereby APPROVES the parties' Stipulation to Modify Injunction filed on July 22, 2020. Pursuant to that stipulation of the parties, which is attached hereto, the Court hereby MODIFIES the injunction put in place by its September 12, 2019 Order to except the following specifically enumerated activities from the injunction:

1. Projects set out on Attachment 1 to the July 22, 2020 stipulation which are outside of Mexican spotted owl critical habitat and Mexican spotted owl Recovery Habitat, and

2. Those portions of the projects set out on Attachment 2 to the July 22, 2020 stipulation which are outside of Mexican spotted owl critical and Mexican spotted owl Recovery Habitat.

_____
United States District Judge

Steven Sugarman
New Mexico Bar No. 5717
appearing *pro hac vice*
347 County Road 55A
Cerrillos, New Mexico 87010
(505) 672-5082
stevensugarman@hotmail.com

Attorney for WildEarth Guardians

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES FISH AND WILDLIFE ) <br> SERVICE and UNITED STATES FOREST ) <br> SERVICE, ) <br> ) <br>     Defendants. ) <br> _____) | No. 13-151-RCC <br><br> **STIPULATION TO** <br> **MODIFY INJUNCTION** <br><br> [Expedited consideration requested] |

The parties to this action hereby stipulate to a further modification of the Court's September 12, 2019 injunction in this matter that "timber management actions in Region 3 national forests must cease pending formal consultation." ECF Doc. No. 89 at 39. The parties respectfully request that the Court approve this stipulation and enter it as Order of the Court.

Currently pending before the Court are the Federal Defendants' Motion to Alter the Court's Decision and to Clarify or Modify the Court's Injunction and the Federal Defendants' motions to dissolve the injunction. ECF Docs. Nos. 104, 112, 126. Pending the Court's resolution of these motions, the parties agree and stipulate that the timber management activities specifically identified on Attachment 1 and Attachment 2 to this Stipulation should be permanently excepted from the Court's injunction. The projects enumerated on Attachment 1 are outside of Mexican spotted owl critical habitat and Recovery Habitat. Insofar as the Attachment 2 projects are concerned, the parties stipulate only to implementation of those portions of those projects that are outside of Mexican spotted owl critical habitat and Recovery Habitat.

The parties further stipulate that their execution of this stipulation is intended solely to achieve the prompt release of the above projects from the current injunction in this case. By executing this stipulation, the parties do not concede or compromise any claim or defense set out in or arising from the Federal Defendants' currently pending motions. Motion to Alter the Court's Decision and to Clarify of Modify the Court's Injunction. Rather, this stipulation is a memorialization of the parties' limited agreement with respect to the specifically enumerated projects set out on Attachment 1 hereto.

Dated: July 22, 2020.

Respectfully submitted,

| For the Plaintiff: | For the Federal Defendants: |
|---|---|
| _/s/ Steven Sugarman_ | _/s/ Rickey Turner_ |
| Steven Sugarman | Rickey Turner, Senior Trial Atty. |
| 347 County Road 55A | U.S. Department of Justice |
| Cerrillos, New Mexico 87010 | 999 18th Street |
| (505) 672-5082 | South Terrace, Suite 370 |
| stevensugarman@hotmail.com | Denver, Colorado 80202 |
| | rickey.turner@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Stipulation to Modify was served on counsel of record on July 22, 2020 through the Court's electronic CM-ECF system.

_/s/ Steven Sugarman_
Steven Sugarman

# ATTACHMENT 1
## Awarded Projects Outside Habitat

| Forest | District | NEPA Project Name | Treatment Project Name | Project Type | Awarded (yes/no) | MSO Habitat - Recovery or Restricted (Yes/No) | MSO Habitat -PACs/nest roost (Yes/No) | Total Acres in Project | Total acres in Recovery or Restricted Habitat | Total Project Acres in PACs | Total acres in nest roost or threshold | May Affect Not Likley/No Affect | Owl Survey current including 5 year | Forest Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tonto | payson | myrtle | diamond nickel 13T stewardship project | Stewardship contract mechanical thinning | yes | no | no | 693 | 0 | 0 | 0 | may affect not likely to adversely affect | N/A Suitable nest/roost habitat to support nesting owls is not present in this specifc project area. Work will also be completed outside the breeding season. | NEPA identified 52 ac of target habitat within project, however field verification identified < 10 BA QUGA in the 2 areas. Therefore these areas do not meet the definition of restricted (target) habitat; The PAC designation was removed in 2019 from 2 nearby MSO PACs (Oak Springs and Roberts Draw) because the original PAC designation did not meet the "owl site" criteria; this project is necessary for TriStar Logging to move to the tonto in the fall/winter of 2020 |
| Tonto | payson | myrtle | michellison 13T stewardship project | Stewardship contract mechanical thinning | yes | no | no | 444 | 0 | 0 | 0 | may affect not likely to adversely affect | N/A Suitable nest/roost habitat to support nesting owls is not present in this specifc project area. | this project is necessary for TriStar Logging to move to the tonto in the fall/winter of 2020 |
| Gila | Quemado | Divide Woodland Thinning | Divide Commercial Fuelwood | Commercial Fuelwood | yes | no | no | 140 | 0 | 0 | 0 | No Effect | None needed, no habitat. | verified not habitat. 100 acres active as allowed by Attachment 5. |
| Gila | Reserve | Burro EA | Fish Commercial Fuelwood | Commercial Fuelwood | yes | no | no | 412 | 0 | 0 | 0 | May Affect Not Likely | None needed, no habitat. | Verified Not Habitat. 172 acres active as allowed by Attachment 5. |
| Carson | Tres Piedras | RTLSA | American Creek Cut/Skid/Deck - Sale of Commercial Decks | Commercial Fuelwood | partially awarded - 1 sale awarded of many | No | No | 430 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Sale of Decks after service work completed |
| Carson | El Rito | El Rito Canyon LRP | ERC NMDGF Thinning Agreement | Agreement - Service Contract | Yes | No | No | 1175 | 0 | 0 | 0 | NLAA | N/A - No Hab | Thinning, lop and scatter |
| Carson | Questa | Kiowa-San Cristobal WUI EA | TVWC Joint Chiefs Thinning | Thinning - Agreement with NMFIA | Yes | No | No | 350 | 0 | 0 | 0 | N/A - No Hab | MSO Surveys Valid trhu 2024 | Thinning, harvesting, lop and scatter, piling |
| Carson | Questa | Highway 150 Corrridor CE | Rocky Mountain Youth Corps Thinning | Agreement - Contract through RGWF | Yes | No | No | 8 | 0 | 0 | 0 | NLAA | MSO Surveys Valid trhu 2024 | Thinning, piling, lop and scatter |
| Carson | Tres Piedras | Cerro Azul Grazing Allotment | Cerro Azul RCPP Thinnning | Agreement w/ NRCS, SWCD and Permittees Thinning | Yes | No | No | 50 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Piñon/Juniper Thinning and Lop and Scatter |
| Cibola | Mt Taylor | Puerco | McQue 1 & 2 | Mechanical Thinning | Yes | No | No | 780 | 0 | 0 | 0 | No Affect | Yes | All acres located out of Pine Oak and Mixed Con Habitat. |
| Cibola | Mt Taylor | Puerco | McGaffey 1-4, Continetal Divide 2 | Mechanical Thinning | Yes | No | No | 996 | 0 | 0 | 0 | No Affect | Yes | Potential habitat surveyed, resurvey 2023. Pure ponderosa pine managed as developing old growth. |
| Cibola | Mt Taylor | Bluewater | Northwest and Peavine | Thinning/ Fuelwood | Yes | No | No | 988 | 0 | 0 | 0 | No Affect | No | Area verified by forest Wildlife biologist to not have MSO habitat. |
| Cibola | Mt Taylor | East La Jara Pinyon-Juiper Restoration | East La Jara Phase 3 NRCS EQUIP | Thinning/Fuelwood | Yes | No | No | 230 | 0 | 0 | 0 | No Affect | N/A | Verified No Habitat by District Biologist. |
| Gila | Wilderness | Upper Mimbres | Gattons Park CFRP Unit 7 | Commerical Thin | yes | no | no | 11 | 0 | 0 | 0 | May Affect Not Likely | Yes | Unit 7 outside of MSO habitat |
| Lincoln | Sacramento | EA-Westside CFRP | Laborcita | Fuels Reduction | Yes | No | No | 165 | 0 | 0 | 0 | No Affect | No | Watershed restoration project |
| Lincoln | Sacramento | EA-Westside CFRP | Maruchi | Fuels Reduction | Yes | No | No | 58 | 0 | 0 | 0 | No Affect | Yes | Watershed restoration project |
| Lincoln | Sacramento | EA-Westside CFRP | La Luz | Fuels Reduction | Yes | No | No | 112 | 0 | 0 | 0 | No Likely | No | Watershed restoration project |
| Santa Fe | Coyote | Cordovas | Padilla CFRP | CFRP | yes | yes with cordovas nepa no within remaining acres of CFRP project | no | 142 | 356 in cordovas nepa  120 in project area which has been treated | none | none identified in nepa project boundry or cfrp project boundary | - | no | |
| Santa Fe | Pecos/Las Vegas | Rowe Mesa CFRP | Rowe Mesa CFRP | CFRP | YES | NO | NO | 600 | 0 | 0 | 0 | NE | NA | NE due to no habitat |
| Carson | Camino Real | La Acequia de la Cuchilla CE | La Acequia de la Cuchilla Conifer Removal | Thinning/Piling | Yes | No | No | 5 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Thinning, harvesting, lop and scatter, piling |
| Carson | Canjilon | Canjilon WUI | Canjilon WUI NMSF WIP Phase 3 Thinning | Agreement - Service Contract | Yes | No | No | 1000 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Thinning, lop and scatter |
| Carson | Canjilon | Canjilon WUI | Montoya Rx Line Prep | Prescribed burning line prep contract | Yes | No | No | 40 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Handline Construction, thinning trees less than 4.0" DBH |
| Carson | Canjilon | Canjilon WUI | Blas Rx Line Prep | Prescribed burning line prep contract | Yes | No | No | 25 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Handline Construction, thinning trees less than 4.0" DBH |
| Carson | Questa | Valle Vidal Northeast CE | McCrystal Rock Rx Line Prep | Prescribed burning line prep contract | Yes | No | No | 35 | 0 | 0 | 0 | N/A - No Hab | N/A - No Hab | Handline Construction, thinning trees less than 4.0" DBH |
| Cibola | Mt Taylor | Bluewater EA | Diener Hazard Tree 1 and 2/ Sawyer/Diener Latillas | mechanical vegetation removal | Yes | No | No | 15 | 0 | 0 | 0 | No Affect | No | Confirmed with District Biologist area is not in habitat. Letter to the file provided. |
| Gila | Black Range | Road Maintenance CE | Black Range RD Hazard Tree Removal (4 small operators) | Incidental Tree  Falling/removal of hazard trees | Yes | No | No | N/A | 0 | 0 | 0 | No Effect | None needed, no habitat. | High priority on Black Range District - currently has marked timber bought under personal use permit.  Currently does not have options  for products. |
| Gila | Reserve | Burro EA | RMEF Collin's Park Grassland Thin | Hand Thinning | yes | no | no | 100 | 0 | 0 | 0 | May Affect Not Likely | None needed, no habitat. | Not Habitat - within grassland |
| Gila | Wilderness | Upper Mimbres | Gattons Park Unit 12A & 13 | Commercial Thin | yes | no | no | 35 | 0 | 0 | 0 | May Affect Not Likey | N/A | Unit 12A & 13 already randomly sampled stands, do not meet recovery habitat definition |
| Santa Fe | Cuba | Moya | Moya Thinning Project | Service Contract | Yes | No | No | 587 | 0 | 0 | 0 | NA | N/A Not habitat | Burden to industry - awarded contract that cannot be completed. |
| Tonto | Pleasant Valley | Chamberlain | Chamberlain Mastication Project | mastication | yes | no | no | 100 | 0 | 0 | 0 | MANLAA | N/A Suitable nest/roost habitat to support nesting owls is not present in this specifc project area. Work will also be completed outside the breeding season. | field verified that the 2 mastication units contain average of 3 BA and 6 BA of QUGA and therefore are not MSO restricted habitat; Consultation for Chamberlain EA expired and is being reinitiated with USFWS; this project is located within the Rim Country project area, which is currently undergoing consultation with USFWS |
| Tonto | payson | payson WUI | crackerjack road emory oak restoration project | mastication | yes | no | no | 56 | 0 | 0 | 0 | may affect not likely to adversely affect | N/A | this project is being done in collaboration with the apache tribes (White Mountain, Yavapai, Tonto, Gila River) and is funded by Resolution Copper. Emory oak acorns are an important traditional food source for the Apache Tribes. They are very upset that implementation of this project is being held up. |
| tonto | payson | pine strawberry | pine strawberry fuelbreak maintenance thinning | hand thinning | yes | no | no | 3814 | 0 | 0 | 0 | may affect not likely to adversely affect | n/a | This project is the hand thinning of fuelbreaks directly adjacent to private property in Pine and Strawberry. The fuelbreaks have already been cut in previous years. This is just the maintenance of these fuelbreaks. The project involves the hand thinning of resprouting juniper, evergreen oaks, and brush |
| tonto | payson | pine strawberry | deadman mesa mastication project | mastication | yes | no | no | 1445 | 0 | 0 | 0 | may affect not likely to adversely affect | n/a | |
| tonto | payson | pine strawberry | south buckhead mastication project | mastication | yes | no | no | 1075 | 0 | 0 | 0 | may affect not likely to adversely affect | n/a | under contract |
| **Totals** | | | | | | | | **16116** | | | | | | |

## ATTACHMENT 2
## Awarded Projects Partially Outside Habitat

| Forest | District | NEPA Project Name | Unit Project Name | Project Type | Awarded (yes/no) | MSO Habitat - Recovery (Yes/No) | MSO Habitat -PACs/nest roost (Yes/No) | Total Acres in Project | Total acres in Recovery or Restricted Habitat | Total Acres Outside Habitat | Total Project Acres in PACs | Total acres in nest roost or threshold | May Affect Not Likley/No Affect | Owl Survey current including 5 year | Forest Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Santa Fe | Coyote | Cordovas | Cordovas | Service Work Machine Pile | yes | Yes | | 157 | 75 | 82 | 0 | 0 | | | This contract has been awarded(2019) to Summit Forests Inc. Inability to proceed may have negative financial effects to the contractor as-well-as the agency. |
| tonto | payson | myrtle payson and verde Eas | myrtle payson verde maintenance thinning | hand thinning | yes | yes | 0 | 1404 | 150 | 1254 | 0 | 0 | Payson and Myrtle- may affect not likely to adversely affect; Verde - may affect likely to adversely affect | N/A Suitbale nest/roost habitat to support nesting owls is not present in this specifc project area. Work will also be completed outside the breeding season. | this project is the hand thinning of fuelbreaks directly adjacent to private property. The fuelbreaks have already been cut in previous years. This is just the maintenance of these fuelbreaks. The project involves the hand thinning of resprouting juniper, evergreen oaks, and brush |
| Carson | Tres Piedras | Maquinita Ecosytem Health Project | Willow IRTC | Timber Sale | Yes | Yes | No | 1,416 | 845 | 571 | 0 | 0 | NLAA | MSO Surveys valid thru 2021. Resurvey being conducted in 2021; once completed resurvey will be valid thru 2026 | Original acreage is 1,416 |
| Santa Fe | Jemez | SWJM | Redondo Task Order | IRSC | Yes | No | No | 740 | 192 | 548 | 0 | 0 | MALAA | Yes | Necessary to keep TC company working through winter CY20/21. |
| Carson | Tres Piedras | RTLSA | American Creek NMDGF Thinning Agreement | Agreement - Service Contract | Yes | Yes | No | 412 | 80 | 332 | 0 | 0 | NLAA | MSO Surveys Valid thru 2024 | Thinning, lop and scatter |
| Carson | El Rito | Agua/Caballos | Andy Chacon CFRP | Agreement - Thinning | Yes | Yes | No | 319 | 227 | 92 | 0 | 0 | NLAA | MSO Surveys Valid thru 2023 | Thinning, lop and scatter |
| **Totals** | | | | | | | | **4448** | **1569** | **2879** | **0** | **0** | | | |