IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WildEarth Guardians,<br><br>        Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>        Defendants. | No. CV-13-00151-TUC-RCC<br><br>**ORDER** |

Three motions are currently pending in this matter. (*See* Motion to Alter the Court's Decision and to Clarify the Court's Injunction (Doc. 104); Motion to Dissolve Court's Injunction re the Cibola National Forest (Doc. 112), and the Gila, Lincoln, Carson, Santa Fe, Tonto National Forests (Doc. 126).) Because the motions were filed almost a year ago, it is unclear whether these motions are still applicable to the current circumstances in this case. On July 22, 2020 the parties filed a Joint Status Report indicating they had reached an agreement that would resolve this case, but just needed agency approval. (Doc. 140.) Three months have passed without further updates about the status of this matter. Accordingly, the Court will require a Joint Report notifying the Court of the status of settlement proceedings and whether the Defendants wish to withdraw any of the pending motions from consideration.

IT IS ORDERED within fourteen days of the date of this Order, the parties shall file a Joint Status Report addressing the issues indicated herein.

Dated this 23rd day of October, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge