JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
RICKEY D. TURNER, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1373
rickey.turner@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| WILDEARTH GUARDIANS, | CASE NO. 4:13-cv-151-RCC |
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE, | |
| Defendants. | |

WHEREAS, in this case, Plaintiff brought various claims under the Endangered Species Act ("ESA"), 16 U.S.C. § 1533 *et seq.*, challenging Defendants' conservation strategy concerning the Mexican spotted owl ("owl") in the 11 National Forests comprising Forest Service Southwestern Region (Region 3). More specifically, Plaintiff alleged that the decisions made in FWS's programmatic 2012 Biological Opinions ("BiOps") for the 11 National Forests were arbitrary and capricious and that the Forest Service was not complying with either its substantive or its procedural duties under the ESA. ECF No. 10.

WHEREAS, Defendants disputed those claims and the Parties briefed summary judgment. ECF Nos. 50-62.

WHEREAS, on September 12, 2019, the Court granted in part and denied in part Plaintiff's motion for summary judgment. ECF No. 89. The Court held that FWS failed to adequately assess the owl's recovery in its programmatic jeopardy analyses and that the 2012 programmatic "BiOps simply do not provide a route to recovery or way to accurately assess it. The no-jeopardy determination is unsupported, arbitrary, and capricious because the finding failed to account for recovery" of the owl. ECF No. 89 at 24. The Court also found that the USFS violated its substantive obligations under the Section 7 (a)(2) ESA by relying on those BiOps. *Id*. at 36-37. The Court then granted an injunction on all Forest Service timber management actions on the six National Forests that operated under the 2012 programmatic BiOps – i.e., the Lincoln, Santa Fe, Cibola, Carson, Tonto, and Gila National Forests – and ordered Defendants to reinitiate Section 7 formal consultation under the ESA. ECF No. 89 at 38; ECF No. 98.

WHEREAS, pursuant to the Court's order, Defendants reinitiated formal consultation on the Forest Plans for the Lincoln, Santa Fe, Cibola, Carson, Tonto, and Gila National Forests.

WHEREAS, in December of 2019 Plaintiff sent 60-day notices of intent to sue under the Endangered Species Act to Defendants regarding the Forest Plan BiOps for the Apache-Sitgreaves, Cibola, Coconino, Coronado, Kaibab, and Prescott National Forests.

WHEREAS, the Parties subsequently agreed to narrow the scope of the Court's injunction. ECF Nos. 99-102.

WHEREAS, Defendants filed a motion under Federal Rule of Civil Procedure 59(e) asking the Court to alter its summary judgment order. ECF No. 104. That motion is pending.

WHEREAS, Defendants have completed reinitiated Section 7 formal consultation on the Forest Plans for the Lincoln, Santa Fe, Cibola, Carson, Tonto, and Gila National Forests and issued new BiOps for each of those Forest Plans, which supersede the BiOps at issue in this lawsuit.

WHEREAS, Defendants filed motions to dissolve the Court's injunction, ECF Nos. 112, 126, and Plaintiff opposed those motions. Those motions are pending.

WHEREAS, in order to resolve this lawsuit, the parties, through their authorized representatives, and without any admission of fact or law with respect to Plaintiff's claims, have reached an alternative arrangement to resolve the claims raised in Plaintiff's lawsuit. *See* Attachment A hereto (October 26, 2020 response to WildEarth Guardians' December 2019 60 day notices of intent to sue).

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. All counts in the above-captioned lawsuit shall be, and upon entry of the order below, dismissed with prejudice;
2. The current injunction is dissolved in its entirety;
3. Defendants withdraw all their pending motions; and
4. Defendants agree that Plaintiff is entitled to reasonable attorneys' fees and costs pursuant to the fee shifting provisions of the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and/or the ESA, 16 U.S.C. § 1540(g)(4). The Parties will attempt to resolve the appropriate amount of fees and costs within 120 days of entry of this stipulation. The Parties further agree that this Court will retain jurisdiction to decide any dispute regarding attorneys' fees and costs. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378 (1994).

1  It is so stipulated.

2

3  Dated: October 27, 2020                    Respectfully Submitted,

4
                                              */s/ Steven Sugarman*
5                                             STEVEN SUGARMAN
                                              Steven Sugarman
6                                             347 County Road 55A
                                              Cerrillos, New Mexico  87010
7                                             (505) 672-5082
                                              stevensugarman@hotmail.com
8

9                                             *Attorney for Plaintiff*

10
                                              JEAN E. WILLIAMS,
11                                            Deputy Assistant Attorney General
                                              SETH M. BARSKY, Section Chief
12                                            S. JAY GOVINDAN,
                                              Assistant Section Chief
13

14
                                              */s/ Rickey D. Turner, Jr.*
15                                            RICKEY D. TURNER, JR.
                                              Senior Attorney
16                                            U.S. Department of Justice
                                              Env't & Natural Resources Division
17                                            Wildlife & Marine Resources Section
                                              999 18th Street
18                                            South Terrace, Suite 370
                                              Denver, CO 80202
19                                            Telephone: (303) 844-1373

20
21                                            *Attorneys for Defendants*

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and UNITED STATES FOREST SERVICE,<br><br>Defendants. | CASE NO. 4:13-cv-151-RCC<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                         */s/ Rickey D. Turner, Jr.*
                                          RICKEY D. TURNER, JR.